No. 649. ADAMS GREASE GUN CORP. *v.* BASSICK MFG. Co. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. The Chief Justice took no part in the consideration or decision of this application. *Mr. Alfred W. Kiddle* for petitioner. *Mr. Lynn A. Williams* for respondent.

No. 639. BLAKEY, RECEIVER, *v.* BRINSON. February 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. George P. Barse* and *Henry Eastman Hackney* for petitioner. *Mr. L. I. Moore* for respondent.

No. 664. PIEDMONT & NORTHERN RY. Co. *v.* INTERSTATE COMMERCE COMMISSION ET AL. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. The Chief Justice took no part in the consideration or decision of this application. *Messrs. W. S. O'B. Robinson, Jr.,* and *H. J. Haynsworth* for petitioner. *Messrs. Nelson Thomas* and *Daniel W. Knowlton* for the Interstate Commerce Commission, respondent. *Messrs. F. B. Grier, S. R. Prince, Carl H. Davis, Sidney S. Alderman,* and *E. S. Jouett* for the respondent carriers.

No. 674. ST. LOUIS SOUTHWESTERN RY. Co. *v.* SIMPSON, ADMINISTRATRIX. March 14, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas granted.